UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILHELMINA NICOMEDEZ,

                              *Plaintiff*,

-against-

THE CITY OF NEW YORK, a municipal entity,
NYS TROOOPER THADDEUS WROBLEWSKI,
NYPD DETECTIVE JOHN PETZOLT, NYPD PO
ATKINSON, NYPD PO RIVAS, NYPD PO LaCLAIR,
NYPD PO JANE DOES 1-5, and NYPD SUPERVISING
OFFICERS RICHARD ROE 1-5,

                              *Defendants*.

NOTICE OF APPEARANCE

19-CV-4470
(RRM) (PK)

PLEASE TAKE NOTICE that the undersigned attorney hereby certifies that he is admitted to practice before this Court, and appears as counsel in this action on behalf of defendant Thaddeus Wroblewski.

Dated: Albany, New York
        October 4, 2019

LAW OFFICE OF JEFFREY P. MANS

By:

/S/ *Jeffrey P. Mans*

Jeffrey P. Mans, Esq.
Bar No. JM9929
*Attorney for Defendant Wroblewski*
P.O. Box 11-282
Albany, New York 12211-0282
(518) 265-4135
ADKHIGHLANDER@GMAIL.COM

cc: All Attorneys of Record (*via* ECF)