Case Name: __Nicomedez v. City of New York, et al.,__   Case Number: __19__ CV - __4470__ ( __RRM__ ) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | 10/22/20 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 11/13/20 |
| 3. Requested: | | | |
|    a. Medical records authorization | | | |
|    b. Section 160.50 releases for arrest records | | | |
|    c. Identification of John Doe/Jane Doe defendants | | | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | 10/23/20 |
| 5. Confidentiality Order to be submitted for court approval (see Proposed Confidentiality Order on the Chambers website) | | | 2/15/21 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 11/27/20 |
| 2. Defendant to make settlement offer | | | 12/27/20 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | |
| 4. Settlement Conference (proposed date) | | | 1/11/21  Ex parte settlement statements due 1/4/21 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 2/12/21 |
| 2. Initial documents requests and interrogatories | | | 1/15/21 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 10/12/21 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 10/15/2021 |
| 5. Expert discovery (only if needed) | | | _Check here if not applicable_ ☐ |

Rev. 4-20-20

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | | | | |
| Defendant expert proposed field(s) of expertise: | Information technology | | | |
| a. | Affirmative expert reports due | ▓ | | 11/26/21 |
| b. | Rebuttal expert reports due | ▓ | | 12/17/21 |
| c. | Depositions of experts to be completed | ▓ | | 1/31/22 |
| 6. | Completion of ALL DISCOVERY (if different from C.3) | ▓ | | 1/31/22 |
| 7. | Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | ▓ | | 2/28/22 |
| 8. | If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | ▓ | | 3/4/22 |
| 9. | Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | ▓ | | 3/31/22 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☑ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☑ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | | |
|---|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | | |
| | a. Response due | | | |
| | b. Reply due | | | |
| 2. | Motion for Rule 23 class certification | | | |
| | a. Response due | | | |
| | b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                           November 13, 2020
_____                    _____
**PEGGY KUO**                                        **Date**
United States Magistrate Judge

Rev. 4-20-20