UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

WILHELMINA NICOMEDEZ,

                                                   Plaintiff,

-against-

CITY OF NEW YORK, a municipal entity, NYS TROOPER
THADDEUS WROBLEWSKI, NYPD DETECTIVE JOHN
PETZOLT, NYPD PO ATKINSON, NYPD PO RIVAS,
SERGEANT GERALD LACLAIR, NYPD SUPERVISING
OFFICERS RICHARD ROE 1-5,

                                                   Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

19-CV-4470 (RRM) (PK)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

[Continued on Next Page]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        ___March 19,___, 2021

| | |
|---|---|
| BALESTRIERE FARIELLO<br>*Attorneys for Plaintiff*<br>225 Broadway, 29th Floor<br>New York, NY 10007<br>(212) 374-5401<br><br>By: _____<br>    John G Balestriere<br>    *Attorney for Plaintiff* | JAMES E. JOHNSON<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York,<br>    Petzolt, Atkinson, LaClair and Rivas*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>    Richard Bahrenburg<br>    *Assistant Corporation Counsel* |

JEFFREY P. MANS, ESQ.
*Attorney for Defendant Wroblewski*

_____
Jeffrey P. Mans

SO ORDERED:

*s/Roslynn R. Mauskopf*
_____
HON. ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE
Dated: ___*March 23*___, 2021

2